## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE SCOTT, | ) | 3:07-CV-544-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 8, 2009 |
| | ) | |
| DAWN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Stay Dispositive Motion Deadline Pending Defendants' Motion for Consolidation (Doc. #14).  Good cause appearing,

Defendants' Motion to Stay Dispositive Motion Deadline Pending Defendants' Motion for Consolidation (Doc. #14) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
     Deputy Clerk